UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY JOSEPH WILLIAMS | CIVIL ACTION NO. 09-cv-0892 |
| VERSUS | JUDGE HICKS |
| JEREMY WALLACE, ET AL | MAGISTRATE JUDGE HORNSBY |

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the **Motion to Dismiss [Record Document 13]** and **Amended Motion to Dismiss [Record Document 19]** be and are hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, on this 4th day of January, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE