UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ANTHONY JOSEPH WILLIAMS      CIVIL ACTION NO. 09-cv-0892

VERSUS      JUDGE S. MAURICE HICKS, JR.

JEREMY WALLACE, ET AL      MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment [Record Document 25] be and is hereby **GRANTED**, and that all claims against defendants Jeremy Wallace, Bruce Solomon, and Timothy Williams be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that summary judgment be and is hereby **GRANTED** *sua sponte* for defendant John Paranuk, and that all claims against him be and are hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 29th day of June, 2010.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE